

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00538-CV

Milton Ringgenberg
v.
Turner Construction Co.

On Appeal from the
156th District Court of Bee County, Texas
Trial Court Cause No. BCV2101018

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

May 25, 2023